UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LISA M. RIVAS,

        Plaintiff,

   v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.

CASE NO.   C05-5435JKA

ORDER GRANTING
PLAINTIFF'S APPLICATION TO
PROCEED *IN FORMA PAUPERIS*

    Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is **GRANTED**. Plaintiff does not appear to have funds available to afford the $250.00 filing fee.

    The clerk is directed to issue the summonses submitted by plaintiff to enable plaintiff to properly serve copies of the complaint on the appropriate parties. Plaintiff shall note it is her responsibility to properly serve copies of the complaint along with appropriate summons as required by Rule 4 of the Federal Rules of Civil Procedure.

    DATED this 13th day of July, 2005.

                                  */S/ J. Kelley Arnold*
                                  J. Kelley Arnold
                                  United States Magistrate Judge